UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6153-CR-KMM

UNITED STATES OF AMERICA,

vs.

JAVIER LINDO,

       **Defendant.**

_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS
TO THE PRE-SENTENCE INVESTIGATION REPORT**

The United States of America, by and through the undersigned counsel, hereby filed this Response to Defendant Javier Lindo's Objections to the Pre-Sentence Investigation Report ("PSI"), and in support thereof states as follows with respect to the following pragraphs of the PSI:

1. **Paragraph 35**: The government does not have evidence to Lindo's objections to paragraph 35. It is possible that co-defendant Ever Villafane made made these statements without Lindo's knowledge.

2. **Paragraph 62**: Pursuant to the written plea agreement, the United States recommends a two level enhancement based upon Lindo's role in the charged conspiracy.

3. **Paragraph 68**: The government disagrees that Lindo was "totally independent" of Bernal, in that there is no disagreement between the parties that Bernal and Lindo engaged in two multimillion dollar drug trafficking ventures in 1998 and 1999. Co-defendant Luis Rebellon was Lindo's representative in his and Rebelon's dealings

        with Bernal. For example, in December 1998, Lindo and Rebellon entered into a drug trafficking venture with Bernal, among others, to send 8,671 kilograms of cocaine to co-defendant Armando Velanecia in Mexico. Rebellon represented Lindo's interests in the deal, which included 400 kilograms of cocaine and the use of Lindo's vessel for the venture.

4.   **Paragraph 72**: The defendant's role in the conspiracy is accurately stated in paragraph 74 of the PSI. Pursuant to the written plea agreement, the United States recommends a two level enhancement based upon Lindo's role in the charged conspiracy.

5.   **Paragraph 117**: Pursuant to the written plea agreement, the United States recommends a two level enhancement based upon Lindo's role in the charged conspiracy, which results in a Total Offense Level is 37. This is the only objection made by Lindo that affects the guidelines computation in the PSI, which is currently 38.

6. **Paragraph 122**: Pursuant to the written plea agreement, the United States and Lindo agree that Lindo's Total Offense Level is 37.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By:   s/Alejandro O. Soto
      ALEJANDRO O. SOTO
     Assistant United States Attorney
     FLA. BAR NO. 172847
     99 Northeast 4th Street, 7th floor
     Miami, Florida 33132
     (305) 961-9034
     (305) 536-7213 (Fax)
     e-mail: Alejandro.Soto@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  October 6, 2008, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                s/Alejandro O. Soto
                                                ALEJANDRO O. SOTO
                                                Assistant United States Attorney