UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-06153-CR-MOORE

UNITED STATES OF AMERICA

v.

JAVIER LINDO,

      **Defendant.**

_____/

## MOTION FOR REDUCTION OF SENTENCE

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a thirty-three percent (33%) reduction in the sentence of Defendant Javier LINDO in order to reflect his substantial assistance to the government in other matters. The United States will provide additional details regarding Defendant's cooperation at a hearing on this matter.

Based on Defendant's cooperation, the United States respectfully recommends that this Honorable Court reduce Defendant's sentence by thirty-three percent (33%).

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

By: s/ Jared E. Dwyer
      Jared E. Dwyer
      Assistant United States Attorney
      Court ID No. A5501240
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9118
      Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          s/ Jared E. Dwyer
                                          Jared E. Dwyer