UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA                    CASE NO. 99-6153

        Plaintiff,                                   JUDGE: MOORE

vs.

FRANCISCO JAVIER ZULUAGA LINDO

        Defendant,
_____/

## RESPONSE TO GOVERNMENT'S
## REQUEST FOR RULE 35 REDUCTION

The Defendant, **FRANCISCO JAVIER ZULUAGA LINDO**, by and through undersigned counsel hereby files this Response to the Government's Request for a Rule 35 Reduction of Sentence:

1. The Defendant agrees that the Government's Motion for a Sentence Reduction pursuant to Federal Rule of Criminal Procedure 35 should be granted.

2. The Defendant does not agree the 33% reduction requested by the Government gives proper credit for the quantity and quality of the Defendant's cooperation in this matter.

3. The Government's motion indicates it will provide additional details at a hearing.

4. The Defendant requests the opportunity to provide additional details at a hearing, which will properly reflect the cooperation in this case and justify its request for a far greater reduction than 33%.

5. The Defendant is currently housed at Federal Detention Center, Miami and would request to be present at the hearing.

6.          The Defendant hereby files this Response and request the Court order a hearing with the Defendant present.


Respectfully submitted


s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE
On behalf of **Francisco Javier Zuluaga Lindo**
11440 N. Kendall Drive
Penthouse 400
Miami, Florida  33176
(305) 595-0866


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was **electronically filed** with the Clerk of the Court using CM/ECF on this 8th day of June, 2011.


s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE