UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6153-CR-MOORE

FILED by OP D.C.

JAN 11 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

JAVIER LINDO,

    Defendant.
_____/

### SEALED UNOPPOSED GOVERNMENT'S RULE 35 MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE

The United States, through the undersigned Assistant United States Attorney ("AUSA"), respectfully moves this Court, pursuant to Federal Rule of Crimnal Procedure 35, to reduce the sentence of Javier Lindo. The defendant has provided the government with substantial assistance in the investigation of other persons. In support of this motion, the government states the following:

1. The defendant was charged in the Southern District of Florida in August 1999 and then had superseding indictments returned in September 1999 and November 1999.

2. Pursuant to a written plea agreement, Mr. Lindo pled guilty to conspiracy to import more than 5 kilograms of cocaine into the United States.

3. On October 15, 2008, Mr. Lindo was sentenced to 262 months of incarceration followed by a supervised release term of 5 years.

4. On June 7, 2011, the government filed a Motion to Reduce Sentence Under Rule 35 which was granted. On June 27, 2011, the defendant's sentence was amended to 174 months incarceration followed by a 5 year supervised release term.

5. After the defendant's initial Rule 35, he continued to cooperate fully. Specifically, the defendant assisted staff at the Federal Detention Center regarding cell phone usage by inmates housed in the facility and cooperated extensively with members of the Colombian government regarding high value targets in Colombia. This cooperation was separate and apart from his Colombian legally mandated participation in their Justice & Peace program as a requirement of his continued enrollment in the program.

6. Accordingly, the government recommends that at this time the defendant's sentence be reduced by 20% to reflect the substantial assistance he has provided. A 20% reduction would result in a lowering of his sentence by 34 months. The defendant's current 174 month sentence would therefore be reduced to a final sentence of 140 months.

7. The undersigned has conferred with counsel for the defendant, Dennis Urbano, Esq. who indicated that he supports the granting of this motion and the amount sought by the government. Counsel for the defendant further agrees that no hearing is necessary on the government's motion.

WHEREFORE, the United States respectfully requests, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, that this Court reduce the sentence previously imposed on the defendant in accordance with the government's evaluation of the nature and significance of

his cooperation, which has been presented herein and will be further detailed should the Court desire to hold a formal hearing on this matter.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: /s/ Lynn M. Kirkpatrick
LYNN M. KIRKPATRICK
Assistant United States Attorney
Court ID Number: A5500737
99 Northeast 4th Street, Ste. 700
Miami, Florida 33132-2111
Tel: (305) 961-9239
Fax: (305) 536-7213

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11, 2018, I notified defense counsel by electronic mail that a copy of this Motion would be mailed to Dennis Urbano, 11440 North Kendall Drive, #400, Miami, FL 33176 and that a copy was immediately available for pickup at the United States Attorney's Office, 7th floor reception area.

/s/ Lynn M. Kirkpatrick
LYNN M. KIRKPATRICK
Assitant United States Attorney