UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-CR-06153-KMM

UNITED STATES OF AMERICA,

vs.

JAVIER LINDO,

    Defendant.
_____/

## SEALED ORDER

THIS MATTER is before the Court on (DE#2178) Motion to Seal and (DE#2179) United States of America's Rule 35 Motion for Sentence Reduction as to Javier Lindo (24). Upon review of the motion, the record, and just cause having been shown, it is

ORDERED AND ADJUDGED (DE#2178) Motion to Seal is GRANTED. It is further

ORDERED AND ADJUDGED (DE#2179) United States' Motion pursuant to Rule 35 seeking a reduction of sentence by 20% from the 174 Month sentence reduced from the 262 Month sentence originally imposed by the Court on October 15, 2008 is GRANTED.

An Amended Judgment and Commitment Order will be issued reflecting a 20% reduction, lowering Defendant's sentence by 34 Months, to 140 Months, with all other terms and conditions remaining in full force and effect.

DONE AND ORDERED in Chambers, at Miami, Florida, this 12th day of January, 2018.

                                  Kevin Michael Moore
                                  **K. MICHAEL MOORE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

copies furnished to:

All counsel and parties of record