UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 99-6153-MOORE

    Plaintiff,   **ORDER**

vs.

FRANCISCO JAVIER ZULUAGA LINDO,

    Defendant.
_____/

**THIS CAUSE** having been brought before this Honorable Court and the Court being apprised of all relevant facts and circumstances, it is hereby,

**ORDERED AND ADJUDGED**, that Docket Entry #2178, 2179 and 2180 in United States of America vs. Francisco Javier Zuluaga Lindo; Case No. 99-6153-Moore be unsealed.

**DONE AND ORDERED** on this __13th__ day of _____July_____ 2018.

_K. M. Moore_____
UNITED STATES DISTRICT JUDGE